IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GARY RAVET, | § | |
| | § | No. 369, 2014 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Chancery Court |
| | § | of the State of Delaware |
| THE NORTHERN TRUST | § | C.A. No. 7743-VCG |
| COMPANY OF DELAWARE and | § | |
| BARRY C. FITZPATRICK, in their | § | |
| capacity as co-trustees, | § | |
| | § | |
| Respondents Below, | § | |
| Appellees. | § | |
| | § | |
| In re: Restatement of Declaration of | § | |
| Trust Creating the Survivor's Trust | § | |
| Created Under the Ravet Family | § | |
| Trust Dated February 9, 2014 | § | |

Submitted: February 11, 2015
Decided: February 12, 2015

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## O R D E R

This 12th day of February, 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Chancery Court should be affirmed on the basis of and for the reasons assigned by the Chancery Court in its bench ruling dated January 29, 2014 and letter opinion dated June 4, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Chancery Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice